UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR19-5295-RJB |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| DEWAYNE ERICKSON, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>: (by Indictment)

    Conspiracy to Distribute Methamphetamine

<u>Date of Detention Hearing</u>:    July 22, 2019

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

  (1) The return of the Indictment establishes probable cause to believe that defendant committed a drug offense which carries a maximum penalty of more than ten years.

DETENTION ORDER
PAGE -1

(2) There is therefore a rebuttable presumption that defendant will be detained. Defendant presented nothing to rebut that presumption, and in fact stipulated to detention.

(3) Defendant is currently serving a sentence in a Washington State penal institution. His projected release date is several years in the future. The issue of detention or release in this case is therefore essentially moot.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of July, 2019.

s/ John L. Weinberg
United States Magistrate Judge